UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rodney Christephore,

            Plaintiff,

v.

Commissioner of Social Security,

            Defendant.
_____/

CASE NUMBER: 11-13547
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE PAUL KOMIVES

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 15, 2012, Magistrate Judge Komives issued a Report and Recommendation (Doc. 21), recommending the Court grant Plaintiff's Petition for Attorney Fees (Doc. 18). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's Petition for Attorney Fees is **GRANTED**.

**IT IS ORDERED**.

            S/Victoria A. Roberts
            Victoria A. Roberts
            United States District Judge

Dated: September 11, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 11, 2012.

S/Linda Vertriest
Deputy Clerk